UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-23186-CV-WILLIAMS

AUTUMN HAGLE,

    Plaintiff,

v.

ROYAL CARIBBEAN
CRUISES, LTD., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 38) ("***Report***") on the Motion to Set Aside Clerk's Default filed by Defendant Intercruises Shoreside & Port Services, Inc. ("***Defendant***") (DE 16) ("***Motion***"). The other parties to this action do not oppose the relief requested in the Motion. In the Report, Judge Reid recommends that the Motion be granted. (DE 38 at 1.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Reid's Report (DE 38) is **AFFIRMED AND ADOPTED**.
2. Defendant's Motion to Set Aside Clerk's Default (DE 16) is **GRANTED**.
3. The Clerk's default entered on December 2, 2022 (DE 14) is **VACATED**.
4. Defendant Intercruises Shoreside & Port Services, Inc. shall file a response or answer to Plaintiff's Complaint (DE 1) on or before May 11, 2023.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>30th</u> day of April, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE