UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-23186-CV-WILLIAMS

AUTUMN HAGLE,

    Plaintiff,

v.

ROYAL CARIBBEAN
CRUISES, LTD., *et al.*,

    Defendants.
_____/

## OMNIBUS ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 44) ("***Report***") on Defendant Broward County's Motion to Dismiss the Complaint (DE 18) and Defendant Royal Caribbean Cruises, Ltd.'s Motion to Dismiss the Complaint (DE 19). In the Report, Judge Reid recommends that (1) Defendant Broward County's Motion to Dismiss (DE 18), which addresses Counts VI through X of the Complaint, be granted; (2) Defendant Royal Caribbean Cruises, Ltd.'s Motion to Dismiss (DE 19), which addresses Counts I through V of the Complaint, be granted as to Counts II through V and denied as to Count I; and (3) Plaintiff be granted leave to file an amended complaint. (DE 44 at 15.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motions, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Reid's Report (DE 44) is **AFFIRMED AND ADOPTED**.

    2.    Defendant Broward County's Motion to Dismiss (DE 18) is **GRANTED**.

3. Defendant Royal Caribbean Cruises, Ltd.'s Motion to Dismiss (DE 19) is **GRANTED IN PART AND DENIED IN PART**.

4. Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (DE 46) is **GRANTED**.  Plaintiff shall file her Amended Complaint on or before May 22, 2023.

5. Defendant Intercruises Shoreside & Port Services, Inc.'s Motion to Dismiss (DE 45) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 18th day of May, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE